LEWIS BRISBOIS

Jennifer R. Harris
140 Broadway, Suite 3100
New York, New York 10005
Jennifer.Harris@lewisbrisbois.com
Direct: 646.783.0916

September 14, 2026

File No. 37986.11529

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, 10007

Defendant's request is GRANTED. Per the parties' agreement that the Court does not have jurisdiction under 28 U.S.C. § 1332, this case is remanded to the Supreme Court of the State of New York, New York County under case number 151263/2026.

The Clerk of Court is respectfully directed to remand this action and close the case.

Dated: September 15, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**

Re: Deibi Torres Pina v. Quinton Flood
Case No.: 1:26-cv-06471-JLR

Dear Judge Rochon:

Our firm represents Defendant Quinton Flood with respect to the above referenced matter.

The Summons and Complaint in this matter indicates that plaintiff Deibi Torres Pina is a resident of the State of New York. Defendant Quinton Flood is a resident and domiciliary of the State of New Jersey. Plaintiff served a response to defendants' 3017(c) Demand for *Ad Damnum* claiming $5,000,000 dollars in damages. Accordingly, the undersigned believed diversity jurisdiction was established and removed this case from New York County Supreme Court to the United States District Court for the Southern District of New York.

Upon receiving the Notice of Removal, counsel for plaintiff, John Christoulakis, advised that there was a mistake on the summons and complaint and plaintiff is a resident of New Jersey, which destroys diversity jurisdiction in this case.

Mr. Christoulakis provided the attached copy of plaintiff's New Jersey driver's license issued on October 15, 2025 and expiring on September 3, 2029. Mr. Christoulakis advised that he is not admitted to practice in the Southern District and therefore, could not petition the Court to remand the case back to New York County.

Based on the foregoing, Defendant respectfully requests that this case be remanded back to New York County Supreme Court.

Thank you for your Honor's time and attention to this matter.

Very truly yours,

*Jennifer R. Harris /s/*

Jennifer R. Harris of
LEWIS BRISBOIS BISGAARD &
SMITH LLP

CC:

John Christoulakis, Esq.
NEUHAUSER LAW, PLLC
Attorneys for Plaintiff
64-25 Central Avenue, 2nd Floor
Ridgewood, New York 11385
(888) 831-2762
email: johnc@nlfpllc.com